IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILHEMINA P. LEY, ) | Cause No. 1:08-CV-0266-SEB-WGH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PRODUCT ACTION INTERNATIONAL, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by counsel, having filed their Stipulation of Dismissal With Prejudice, and the Court having reviewed said Stipulation of Dismissal With Prejudice and being duly advised in the premises, now GRANTS the same.

IT IS THEREFORE ORDERED that this case is dismissed with prejudice, costs paid.

SO ORDERED  02/03/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

COPIES TO:

Thomas D. Margolis
309 North High Street
Muncie, IN  47305
icarusx@earthlink.net

Amy S. Wilson
Heather L. Wilson
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
awilson@fbtlaw.com
hwilson@fbtlaw.com

803437_1